TIMOTHY P. BURKE, ESQ. (SBN 7631)
TIMOTHY P. BURKE & ASSOCIATES
A PROFESSIONAL CORPORATION
7473 West Lake Mead Drive
Las Vegas, Nevada  89128
Tel. (702) 528-8965
Fax (702) 442-5533

ELECTRONICALLY FILED ON:

October 3, 2012

Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

JOHN STEVEN MIDDLETON,

        Debtor.

JOHN STEVEN MIDDLETON,

        Plaintiff,

vs.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, NORTH CAROLINA STATE EDUCATION ASSISTANCE AUTHORITY, UNITED STATES DEPARTMENT OF EDUCATION, MICHIGAN HIGHER EDUCATION ASSISTANCE AUTHORITY,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 11-13213-MKN

[Chapter 7]

Adv. No.: 11-01147-MKN

**STIPULATION RE: DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

<u>Status Conference:</u>
Date:  October 4, 2012
Time:  10:00 a.m.
Courtroom:  "2"

TO THE HONORABLE MIKE NAKAGAWA, UNITED STATES BANKRUPTCY JUDGE:

//

Defendant Educational Credit Management Corporation ("ECMC"), by and through its undersigned counsel and Plaintiff John Steven Middleton ("Plaintiff"), pro se, stipulate and agree as follows:

1. Plaintiff executed a Federal Consolidation Loan Application and Promissory Note (the "Note"), in the sum of $60,364.00. (Sixty Thousand, Three Hundred, Sixty-Four Dollars) disbursed on or about February 6, 2006.

2. Plaintiff filed a voluntary Chapter 7 petition on or about March 9, 2011. Plaintiff commenced this adversary proceeding by filing a Complaint on or about June 7, 2011.

3. The aggregate unpaid principal and interest due under the Note is $100,463.30 (One Hundred Thousand, Four Hundred, Sixty-Three Dollars and Thirty Cents).

4. The Note, held by ECMC, which is the subject of this adversary proceeding, may be paid through an income based repayment plan with Plaintiff's lender. It is Plaintiff's desire to have his student loan paid through the income based repayment plan.

//
//

5. Accordingly, Plaintiff has agreed to dismiss his Complaint, adversary number 11-01147-MKN, filed in case number 11-13213-MKN without prejudice.

IT IS SO STIPULATED.

DATED: October ___, 2012

By: _____
JOHN STEVEN MIDDLETON, PRO SE


DATED: October 3, 2012                TIMOTHY P. BURKE & ASSOCIATES

By: /s/ Timothy P. Burke
TIMOTHY P. BURKE, ESQ.
Attorney for Defendant Educational Credit Management Corporation

| | |
|---|---|
| 1 | 5.  Accordingly, Plaintiff has agreed to dismiss his Complaint, adversary |
| 2 | number 11-01147-MKN, filed in case number 11-13213-MKN without prejudice. |

IT IS SO STIPULATED.

DATED: October 2, 2012

By: _____
JOHN STEVEN MIDDLETON, PRO SE

DATED: October ___, 2012        TIMOTHY P. BURKE & ASSOCIATES

By: _____
TIMOTHY P. BURKE, ESQ.
Attorney for Defendant Educational
Credit Management Corporation

---

3
CASE NO. BK-S-11-13213-MKN / ADV NO. 11-01147-MKN
STIPULATION RE: DISMISSAL OF COMPLAINT WITHOUT PREJUDICE
1998

## CERTIFICATE OF SERVICE OF ANSWER

I do hereby certify that on the 3rd day of October, 2012, I mailed a true and correct copy, first class mail, postage prepaid, of the Stipulation to Dismiss Complaint Without Prejudice to the following:

>John Steven Middleton, Pro Se
>1001 Dumont Blvd., #A109
>LAS VEGAS, NV 89169

Dated: October 3, 2012     /s/ Timothy P. Burke
                            An Employee of the firm
                            TIMOTHY P. BURKE & ASSOCIATES